# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

BARBARA PENNYPACKER, KELLY PORTERFIELD, LEONA LUNDY, DANA MCNAUGHTON, JOSEPH HOMAN, GALEN MCWILLIAMS, EDWIN LASH, SHANNON JONES, MICHAEL COSTELLO, DOROTHY EVANS AYLARD, KELLI HOOVER, ANDREW MCKINNON, SHANNON COVER, KATHERINE G. WATT AND SMITA BHARTI

v.

FERGUSON TOWNSHIP

v.

SPRINGTON POINTE, LP

PETITION OF: BARBARA PENNYPACKER, KELLY PORTERFIELD, LEONA LUNDY, DANA MCNAUGHTON, JOSEPH HOMAN, GALEN MCWILLIAMS, EDWIN LASH, SHANNON JONES, MICHAEL COSTELLO, DOROTHY EVANS AYLARD, KELLI HOOVER, ANDREW MCKINNON, SHANNON COVER, KATHERINE G. WATT AND SMITA BHARTI

: No. 409 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:

**ORDER**

**PER CURIAM**

**AND NOW**, this 8th day of November, 2017, the Petition for Allowance of Appeal is **DENIED**.